FILED
2025 Aug-08 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NA32 | E 2618313 | BROUSSEAU | 11290 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR ☒ USC ☐ State Code |
|---|---|---|
| 05/28/2025 0917 | 8 USC 1306(b) | |

**Place of Offense:** HUNTSVILLE, AL

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

FAILURE TO NOTIFY CHANGE OF ADDRESS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CARRILLO-PASCUAL | EDGAR | |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **REFUSED TO SIGN**

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAY 28**, 20**25** while exercising my duties as a law enforcement officer in the **NORTHERN** District of **ALABAMA**

DID ENCOUNTER THE ALIEN NAMED ON THIS CITATION WHO FAILED TO NOTIFY AN ADDRESS CHANGE.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/28/2025**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident